UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:   DORSEY, Delcina					Chapter 13
						Case No. 19-12226-FJB

MOTION OF CHAPTER 13 TRUSTEE FOR ORDER DISMISSING CASE
FOR FAILURE TO FILE A CONFIRMABLE PLAN
<u>NOTICE OF BAR DATE OBJECTIONS/RESPONSES</u>

Now comes the Chapter 13 Trustee (the "Trustee") and respectfully moves the Court for an Order dismissing this case. In support thereof, the Trustee states as follows:

1. On June 27, 2019, the above-captioned debtors (the "Debtors") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. On August 13, 2019, the Trustee convened and presided at a meeting of creditors as required by 11 U.S.C. §341.

3. On October 10, 2019, the Debtors filed the Plan. The Trustee is unable to recommend the Plan for confirmation.

4. The Plan is inconsistent with claims filed. The Plan provides for the priority claim of the Town of Randolph in the sum of $24,148.12 and a secured claim to be paid direct. However, The Town of Randolph filed an unsecured claim in the sum of $24,148.12.

5. Failure to file a confirmable plan is grounds for dismissal pursuant to 11 U.S.C. §1307(c)(1).

WHEREFORE, the Trustee respectfully requests that this Court enter an Order dismissing this case.

Respectfully Submitted,

By: <u>/s/ Carolyn Bankowski</u>
Carolyn Bankowski, BBO #631056
Patricia A. Remer, BBO #639594
Office of the Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114
(617) 723-1313
13trustee@ch13boston.com
Dated: <u>10/17/19</u>

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

In re:   DORSEY, Delcina
                                    Chapter 13
                                    Case No. 19-12226-FJB

### ORDER DISMISSING CASE

The motion of the Chapter 13 Trustee to dismiss this case having come before this Court, due notice having been given, and for cause shown, it is hereby:

ORDERED: that this Chapter 13 case is dismissed.

Dated: _____

_____
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:   DORSEY, Delcina                                Chapter 13
                                                        Case No. 19-12226-FJB

### NOTICE OF BAR DATE FOR OBJECTIONS/RESPONSES

Notice is given that any responses and/or objections to this motion are to be filed within twenty-one (21) days of the date hereof.   If no timely objections/responses are filed, the Court may act on this motion without further notice or hearing as provided by 11 U.S.C.§102(1)(B).

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within Trustee's Motion to Dismiss was served upon the Debtor, Debtor's counsel of record and those parties listed on the following service list by first class mail, postage prepaid or by electronic notice.

Dated: 10/17/19

/s/ Carolyn Bankowski

### SERVICE LIST

Delcina Dorsey
137 S. Main Street
Randolph, MA  02368

Brian Lewis, Esquire
PO Box 1162
Lakeville, MA  02347